McGREGOR W. SCOTT
United States Attorney
JEFFREY J. LODGE (SBN 152205)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America,
Department of the Navy

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOWER PEAK MEADOWS, LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, Department of the Navy,<br><br>            Defendant. | 1:06-cv-01176-AWI-DLB<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM AND TO REVISE DEADLINES; ORDER** |

Defendant United States of America, Department of the Navy ("Defendant"), and Plaintiff Tower Peak Meadows, LLC (Plaintiff) hereby stipulate, by and through their respective counsel, to submit the matter to the Voluntary Dispute Resolution Program pursuant to Local Rule 16-271 and to the revise the expert disclosure and discovery deadline dates.

The parties have agreed to the neutral evaluator identified by the Court, Bob Hillison, and request a half day mediation the week of January 21, 2008, preferably in the afternoon. In order to accommodate the VDRP schedule the parties have agreed to a brief extension of expert disclosures and the discovery cutoff.

---

**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM AND TO REVISE DEADLINES; [PROPOSED] ORDER**
1

1  The parties do not seek to continue this action's pre-trial
2  conference nor trial date.
3      Based on the above, the parties hereby stipulate to extend
4  the expert disclosure dates, as follows:

|  | **Old Date** | **New Date** |
|---|---|---|
| Expert Disclosure Date | January 11, 2008 | **January 18, 2008** |
| Supplemental Expert or Rebuttal Designations | January 25, 2008 | **February 15, 2008** |
| Nonexpert Discovery Cutoff | February 15, 2008 | **March 14, 2008** |

10 All other deadlines set forth in the Scheduling Conference Order
11 filed February 28, 2007, shall remain in effect unless otherwise
12 approved by the Court.  The parties request Court endorsement of
13 this stipulation by way of formal order.

                              Respectfully submitted,

Dated: January 10, 2008.      KING PARRET & DROSTE LLP
                              (As auth.1/10/08.)

                              /s/ Alan J. Droste
                              By: Alan J. Droste
                              Attorneys for Plaintiff

Dated: January 10, 2008.      McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Jeffrey J. Lodge
                              By: Jeffrey J. Lodge
                              Assistant U.S. Attorney
                              Attorneys for Defendant

                            **ORDER**

IT IS SO ORDERED.

**Dated:  January 14, 2008**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

---

**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM AND TO REVISE DEADLINES; [PROPOSED] ORDER**
2