McGREGOR W. SCOTT
United States Attorney
JEFFREY J. LODGE (SBN 152205)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America,
Department of the Navy

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOWER PEAK MEADOWS, LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, Department of the Navy,<br><br>            Defendant. | 1:06-cv-01176-LJO-DLB<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT |

     Plaintiff Tower Peak Meadows, LLC (Plaintiff) and Defendant United States of America, Department of the Navy ("Defendant"), by and through their respective counsel, hereby stipulate to dismissal of the action with prejudice, pursuant to a Settlement Agreement entered into by the parties, effective February 11, 2008.  Each party shall bear its own costs.  The parties request that the Court retain jurisdiction to enforce the Settlement Agreement.

///

///

///

```
                                    Respectfully submitted,

Dated: March 4, 2008.               KING PARRET & DROSTE LLP

                                    (As auth. 3-4-08)
                                    /s/ Alan J. Droste
                                    By: Alan J. Droste
                                    Attorneys for Plaintiff


Dated: March 4, 2008.               McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Jeffrey J. Lodge
                                    By: Jeffrey J. Lodge
                                    Assistant U.S. Attorney
                                    Attorneys for Defendant
```

              IT IS SO ORDERED.

**Dated:   March 5, 2008**                  /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT